DUFRESNE, C.J.,
concurring in part and dissenting in part.
hi concur with the majority opinion vacating the damage awards to Debra Brown and Rogest Gross.
However, I dissent from the amount of damages awarded to the various groups of plaintiffs and would reduce those damages as follows:
*1094 Occidental Plant Employees from $3,500 to $500 each;
Killona Residents from $1,500 to $100 each;
Montz Residents from $2,000 to $150 each; and
Entergy Plant Employees from $2,500 to $250 each.
Although the trier of fact has vast discretion in fixing damages, the award as affirmed by the majority are excessive considering that none of the plaintiffs ever sought medical treatment, none missed any work because of their symptoms, and none complained of any continuing problems due to their exposure to the chemical.
Considering all of the evidence of record I respectfully concur in part and dissent in part.
McMANUS, J., concurs in part and dissents in part for the reasons assigned by DUFRESNE, C.J.